**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUNG TRI NGUYEN,

    Petitioner,

v.

MIKE EVANS, Warden, et al.,

    Respondents.
                                 /

No. C 06-04630 JSW

**JUDGMENT**

    For the reasons set forth in the Order issued this date denying Petitioner's petition for writ of habeas corpus on the merits, judgment is HEREBY ENTERED in favor of Respondents and against Petitioner. The Clerk is directed to close the file.

    **IT IS SO ORDERED.**

Dated: May 5, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE